UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

DONALD DEAN HORN                                       PLAINTIFF

v.                   No. 2:23-CV-02040

JAIL ADMINISTRATOR SHANE DAVIS;
SGT MERCEDES ANDERSON; and
JAILER NICHOLUS HAYNES                           DEFENDANTS

## **ORDER**

       The Court has received a report and recommendations (Doc. 6) from Chief United States Magistrate Judge Mark E. Ford. No objections have been filed and the deadline to file objections has passed. The Magistrate recommends that the Court dismiss Plaintiff's complaint pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted, direct the Clerk of the Court to place a § 1915(g) strike flag on the case for future judicial consideration, and certify pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this dismissal would not be taken in good faith. The Court has reviewed the record in this case and agrees with the Magistrate. The report and recommendations are ADOPTED.

       IT IS THEREFORE ORDERED that this case is DISMISSED WITH PREJUDICE. The Clerk of the Court is DIRECTED to place a § 1915(g) strike flag on this case, and the Court hereby certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this dismissal would not be taken in good faith.

       Judgment will be entered accordingly.

       IT IS SO ORDERED this 21st day of April, 2023.

                                                           /s/P. K. Holmes, III
                                                           P.K. HOLMES, III
                                                           U.S. DISTRICT JUDGE